# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>KENNETH MOORE<br>v.<br>PEERLESS GROUP, INC., THE PEERLESS GROUP,<br>PEERLESS MACHINERY CORP., SHAFFER<br>MANUFACTURING CORP., et al. | Case Number:<br>FILED: MAY 16, 2008<br>08CV2862   RCC<br>JUDGE ZAGEL<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SHAFFER MANUFACTURING CORP.

| | |
|---|---|
| **NAME (Type or print)**<br>Brian J. Hunt | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>s/ Brian J. Hunt | |
| **FIRM**<br>The Hunt Law Group, LLC | |
| **STREET ADDRESS**<br>225 W. Washington St., 18th Floor | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60606 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6208397 | **TELEPHONE NUMBER**<br>312-384-2300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☑  NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☑  NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☑  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |