IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH MOORE, | ) | FILED: MAY 16, 2008 |
| | ) | 08CV2862  RCC |
| Plaintiff, | ) | JUDGE ZAGEL |
| | ) | MAGISTRATE JUDGE SCHENKIER |
| vs. | ) No. | |
| | ) | |
| PEERLESS GROUP, INC., THE | ) | (Cook County Circuit Court |
| PEERLESS GROUP, PEERLESS | ) | case no. 2008 L 003437) |
| MACHINERY CORP., PEERLESS | ) | |
| CONFECTION COMPANY, and | ) | |
| In the alternative SHAFFER | ) | |
| MANUFACTURING CORP. | ) | |
| | ) | |
| Defendants. | ) | **JURY DEMAND** |
| | ) | |

### DEFENDANT SHAFFER MANUFACTURING CORP.'S CORPORATE DISCLOSURE STATEMENT

The defendant, SHAFFER MANUFACTURING CORP., by its attorneys, THE HUNT LAW GROUP, LLC, as for its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, states as follows:

1.  BSM LLC is the parent of Shaffer Manufacturing Corp. No publicly held corporation owns more than 10.0% of Shaffer Manufacturing Corp.'s stock.

Respectfully submitted,

THE HUNT LAW GROUP, LLC

By:  /s/ Brian J. Hunt
     Brian J. Hunt
     ID Number 6208397

Brian J. Hunt (6208379)
Ajay I. Patel (6287063)
THE HUNT LAW GROUP, LLC
Attorneys for Defendant
225 W. Washington, 18th Floor
Chicago, Illinois 60606