IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH MOORE, | ) | FILED: MAY 16, 2008 |
| | ) | 08CV2862   RCC |
| Plaintiff, | ) | JUDGE ZAGEL |
| | ) | MAGISTRATE JUDGE SCHENKIER |
| vs. | ) | No. |
| | ) | |
| PEERLESS GROUP, INC., THE | ) | (Cook County Circuit Court |
| PEERLESS GROUP, PEERLESS | ) | case no. 2008 L 003437) |
| MACHINERY CORP., PEERLESS | ) | |
| CONFECTION COMPANY, and | ) | |
| In the alternative SHAFFER | ) | |
| MANUFACTURING CORP. | ) | |
| | ) | |
| Defendants. | ) | **JURY DEMAND** |
| | ) | |

## NOTICE OF FILING

TO:   James D. Montgomery/Beverly P. Spearman
      Cochran, Cherry, Givens, Smith & Montgomery, LLC
      One North LaSalle Street, Suite 2450
      Chicago, IL 60602

**YOU ARE HEREBY NOTIFIED** that on **May 16, 2008**, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **MARTEN TRANSPORT, LTD.'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1332, 1441 and 1446, ATTORNEY APPEARANCE FORMS, CORPORATE DISCLOSURE STATEMENT** and **DEFENDANT'S ANSWER AND SPECIAL DEFENSES TO PLAINTIFF'S COMPLAINT AT LAW**, copies of which are attached hereto.

                                        THE HUNT LAW GROUP, LLC

                              By:       /s/ Brian J. Hunt
                                        Brian J. Hunt
                                        ID Number 6208397

THE HUNT LAW GROUP, LLC
Attorneys for Defendant
225 W. Washington, 18th Floor
Chicago, Illinois 60606
(312) 384 - 2300

## CERTIFICATE OF SERVICE

I certify, under penalty of perjury that I accomplished service pursuant to ECF as to Filing Users and pursuant to LR 5.5 for all parties that are not Filing Users on the 16th day of May 2008, before 5:00 p.m.

/s/ Brian J. Hunt
BRIAN J. HUNT

THE HUNT LAW GROUP, LLC
Attorneys for Defendant
225 W. Washington, 18th Floor
Chicago, Illinois 60606
(312) 384 - 2300