150-8006  AMO:irh  #91348

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 08 cv 02862 |
| v. | ) |
| | ) Honorable James B. Zagel |
| PEERLESS GROUP, INC., THE PEERLESS GROUP, PEERLESS MACHINERY CORP., PEERLESS CONFECTION COMPANY, | ) Magistrate Judge: |
| | ) |
| and, in the alternative, | ) |
| | ) |
| SHAFFER MANUFACTURING CORP., | ) |
| | ) |
| Defendants. | |

### NOTICE OF FILING

To:   See attached Services List:

PLEASE TAKE NOTICE that on July 16, 2008, we caused to be filed with the United States District Court, Northern District of Illinois, **Defendant, Peerless Machinery Corporation d/b/a The Peerless Group's Answer and Affirmative Defenses to Plaintiff's Complaint at Law,** a copy of which is attached hereto and is hereby served upon you.

By: s/ Scott R. Sinson

### PROOF OF SERVICE

The undersigned attorney certifies that I caused this notice and attached documents to be served by causing a copy to be mailed to the above-stated persons indicated by depositing the same in the U.S. Mail at 200 North LaSalle Street, Chicago, Illinois 60601 before 5:00 p.m. on July 16, 2008, with proper postage prepaid.

s/ Scott R. Sinson

BULLARO & CARTON, P.C.
200 North LaSalle Street. Suite 2500
Chicago, IL 60601
(312) 831-1000

*Kenneth Moore v. The Peerless Group and Shaffer Manufacturing Corp.*
Cook County Case No.: 08 L 3437
Our File No.: 150-8006-1/107

## SERVICE LIST

*Attorneys for Plaintiff*
Ms. Beverly Spearman
Cochran, Cherry, Givens, Smith & Montgomery, LLC
One North LaSalle Street
Suite #2450
Chicago, Illinois 60602
(312) 977-0200
(312) 977-0209 - fax

*Attorneys for Shaffer Manufacturing Corp.*
Ajay I. Patel
The Hunt Law Group, LLC
225 West Washington Street
18th Floor
Chicago, IL 60606
(312) 384-2300 – Main
(312) 2384-2308 – Direct Line
(312) 443-9391 – Fax
apatel@hunt-lawgroup.com