IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH MOORE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PEERLESS GROUP, INC., THE ) <br> PEERLESS GROUP, PEERLESS ) <br> MACHINERY CORP., PEERLESS ) <br> CONFECTION COMPANY, and ) <br> In the alternative SHAFFER ) <br> MANUFACTURING CORP. ) <br> ) <br> Defendants. ) <br> ) | No.   08 cv 2862 <br><br> Judge Zagel <br><br> Magistrate Judge Schenkier |

## NOTICE OF MOTION

TO:  James D. Montgomery/Beverly P. Spearman        Scott R. Sinson
     Cochran, Cherry, Givens, Smith                  Bullaro & Carton, P.C.
     & Montgomery, LLC                               200 N. LaSalle St., #2500
     One North LaSalle Street, Suite 2450            Chicago, IL 60601
     Chicago, IL 60602

On, **August 14, 2008**, at **10:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Zagel, in Room 2503 of the Everett McKinley Dirksen Building, or any judge sitting in his stead, in the courtroom usually occupied by him, and shall then and there present the attached **DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED SPECIAL DEFENSES.**

                                        THE HUNT LAW GROUP, LLC

                                    By:  /s/ Ajay I. Patel
                                         Ajay I. Patel
                                         ID Number 6287063

Brian J. Hunt
Ajay I. Patel
THE HUNT LAW GROUP, LLC
Attorneys for Defendant
225 W. Washington, 18th Floor
Chicago, Illinois 60606
(312) 384 - 2300

2

## CERTIFICATE OF SERVICE

I certify, under penalty of perjury that I accomplished service pursuant to ECF as to Filing Users and pursuant to LR 5.5 for all parties that are not Filing Users on the 11th day of August 2008, before 5:00 p.m.

/s/ Ajay I. Patel
AJAY I. PATEL

THE HUNT LAW GROUP, LLC
Attorneys for Defendant
225 W. Washington, 18th Floor
Chicago, Illinois 60606
(312) 384 - 2300