**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                    Case Number:    08 cv 02862

KENNETH MOORE

v.

PEERLESS MACHINERY CORP.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PEERLESS MACHINERY CORP. d/b/a THE PEERLESS GROUP

| |
|---|
| NAME (Type or print)<br>    JOHN J. BULLARO |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/  John J. Bullaro |
| FIRM<br>    BULLARO & CARTON, P.C. |
| STREET ADDRESS 200 N. LaSalle Street, Ste. 2500 |
| CITY/STATE/ZIP Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>91348 | TELEPHONE NUMBER<br>(312) 831-1000 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ | |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |