

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:　　　　　　　　　Scott R. Sinson

FIRM:　　　　　　　　　Bullaro & Carton, P.C.

STREET ADDRESS:　　　200 North LaSalle Street, Suite 2500

CITY/STATE/ZIP:　　　　Chicago, IL 60601

PHONE NUMBER:　　　　(312) 831-1000

E-MAIL ADDRESS:　　　　ssinson@bullarocarton.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 91348

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08-2862 | Moore v. Peerless Group et al. | Zagel |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

_____　　　　　　　　　　　　　　_____
Attorney's Signature　　　　　　　　　　　　　　　　　　　　　　Date　8/11/08