THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| Kenneth Moore, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:08-CV-02862 |
| | ) | Honorable James B. Zagel |
| Peerless Group, Inc., The Peerless Group, | ) | |
| Peerless Machinery Corp., Peerless | ) | |
| Confection Company, | ) | |
| | ) | |
| and, in the alternative, | ) | |
| | ) | |
| Shaffer Manufacturing Corp, | ) | |
| | ) | |
| and in the alternative, | ) | |
| | ) | |
| J.H. Day, Co., d/b/a Littleford Day, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S ANSWERS TO DEFENDANT PEERLESS MACHINERY d/b/a THE PEERLESS GROUP CORPORATION AFFIRMATIVE DEFENSES

**NOW COMES** Plaintiff, KENNETH MOORE, by and through his attorneys Cochran,

Cherry, Givens, Smith & Montgomery, LLC, and for his Answer to Defendant, Peerless

Machinery Corporation d/b/a The Peerless Group, (hereinafter, Peerless), Affirmative Defenses

to Plaintiff's Complaint at Law, states as follows:

### FIRST AFFIRMATIVE DEFENSE

**ANSWER:**    Plaintiff denies each and every allegation contained in Defendant, Peerless,

First Affirmative Defense.

WHEREFORE, Plaintiff, KENNETH MOORE, respectfully requests judgment by

1

this Honorable Court against Defendant, Peerless, and the dismissal of its First Affirmative Defense.

## SECOND AFFIRMATIVE DEFENSE

**ANSWER:**    Plaintiff denies each and every allegation contained in Defendant, Peerless, Second Affirmative Defense.

WHEREFORE, Plaintiff, KENNETH MOORE, respectfully requests judgment by this Honorable Court against Defendant, Peerless, and dismissal of its Second Affirmative Defense.

## THIRD AFFIRMATIVE DEFENSE

**ANSWER:**    Plaintiff denies each and every allegation contained in Defendant, Peerless, Third Affirmative Defense.  In further answering, Plaintiff, Kenneth Moore, denies that he was negligent in any fashion or that he assumed any risk or that any of his conduct or actions were contributing factors, in whole or in part, to his injuries.

WHEREFORE, Plaintiff, KENNETH MOORE, respectfully requests judgment by this Honorable Court against Defendant, Peerless, and dismissal of its Third Affirmative Defense.

## FOURTH AFFIRMATIVE DEFENSE

**ANSWER:**    Plaintiff denies each and every allegation contained in Defendant, Peerless, Fourth Affirmative Defense.

WHEREFORE, Plaintiff, KENNETH MOORE, respectfully requests judgment by this Honorable Court against Defendant, Peerless, and dismissal of its Fourth Affirmative Defense.

### FIFTH AFFIRMATIVE DEFENSE

**ANSWER:**     Plaintiff denies each and every allegation contained in Defendant, Peerless,

Fifth Affirmative Defense. In further answering, Plaintiff, Kenneth Moore, denies that he

misused the produce or was negligent in any fashion or that any of his conduct or actions were

contributing factors, in whole or in part, to his injuries.

WHEREFORE, Plaintiff, KENNETH MOORE, respectfully requests judgment by this

Honorable Court against Defendant, Peerless, and dismissal of its Fifth Affirmative Defense.

### SIXTH AFFIRMATIVE DEFENSE

**ANSWER:**     Plaintiff denies each and every allegation contained in Defendant, Peerless,

Sixth Affirmative Defense.

WHEREFORE, Plaintiff, KENNETH MOORE, respectfully requests judgment by

this Honorable Court against Defendant, Peerless, and the dismissal of its Sixth Affirmative

Defense.

### SEVENTH AFFIRMATIVE DEFENSE

**ANSWER:**     Plaintiff denies each and every allegation contained in Defendant, Peerless,

Seventh Affirmative Defense. In further answering, Plaintiff, Kenneth Moore, denies that he was

negligent in any fashion or that any of his conduct or actions were contributing factors, in whole

or in part, to his injuries.

WHEREFORE, Plaintiff, KENNETH MOORE, respectfully requests judgment by

this Honorable Court against Defendant, Peerless, and the dismissal of its Seventh Affirmative

Defense.

## EIGHT AFFIRMATIVE DEFENSE

**ANSWER:**    Plaintiff denies each and every allegation contained in Defendant, Peerless,

Eight Affirmative Defense, including each and every paragraph and subparagraph which purports

to allege a Affirmative Defense or the bases thereof.  In further answering, Plaintiff, Kenneth

Moore, denies that he was negligent in any fashion or that any of his conduct or actions were

contributing factors, in whole or in part, to his injuries.

WHEREFORE, Plaintiff, KENNETH MOORE, respectfully requests judgment by this

Honorable Court against Defendant, Peerless, and dismissal of its Eight Affirmative Defense.


Respectfully submitted,


By: _____
One of Plaintiff's Attorneys


James D. Montgomery
Beverly P. Spearman
Cochran, Cherry, Givens, Smith & Montgomery, LLC
One North LaSalle Street, Suite 2450
Chicago, Illinois 60602
(312) 977-0200
(312) 977-0209 fax
Firm ID No. 37432

4