THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kenneth Moore, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:08-CV-02862 |
| ) | Honorable James B. Zagel |
| Peerless Group, Inc., The Peerless Group, ) | |
| Peerless Machinery Corp., Peerless ) | |
| Confection Company, ) | |
| ) | |
| and, in the alternative, ) | |
| ) | |
| Shaffer Manufacturing Corp, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S ANSWERS TO DEFENDANT'S, SHAFFER,
AMENDED SPECIAL DEFENSES**

**NOW COMES** Plaintiff, KENNETH MOORE, by and through his attorneys Cochran, Cherry, Givens, Smith & Montgomery, LLC, and for his Answer to Defendant, SHAFFER MANUFACTURING CORP., (hereinafter, SHAFFER), Special Defenses to Plaintiff's Complaint at Law, states as follows:

**FIRST AFFIRMATIVE DEFENSE**

**ANSWER:**   Plaintiff denies each and every allegation contained in Defendant, Shaffer, First Amended Special Defense.

WHEREFORE, Plaintiff, KENNETH MOORE, respectfully requests judgment by this Honorable Court against Defendant, SHAFFER, and the dismissal of its First Amended Special Defense.

### SECOND AFFIRMATIVE DEFENSE

**ANSWER:** Plaintiff denies each and every allegation contained in Defendant, Shaffer, Second Affirmative Defense. In further answering, Plaintiff, Kenneth Moore, denies that he was negligent in any fashion or that he assumed any risk or that any of his conduct or actions were contributing factors, in whole or in part, to his injuries.

WHEREFORE, Plaintiff, KENNETH MOORE, respectfully requests judgment by this Honorable Court against Defendant, SHAFFER, and dismissal of its Second Amended Special Defense.

### THIRD AFFIRMATIVE DEFENSE

**ANSWER:** Plaintiff denies each and every allegation contained in Defendant, Shaffer, Third Affirmative Defense. In further answering, Plaintiff, Kenneth Moore, denies that he was negligent in any fashion or that he assumed any risk or that any of his conduct or actions were contributing factors, in whole or in part, to his injuries.

WHEREFORE, Plaintiff, KENNETH MOORE, respectfully requests judgment by this Honorable Court against Defendant, SHAFFER, and dismissal of its Third Amended Special Defense.

### FOURTH AFFIRMATIVE DEFENSE

**ANSWER:** Plaintiff denies each and every allegation contained in Defendant, Shaffer, Fourth Amended Special Defense.

WHEREFORE, Plaintiff, KENNETH MOORE, respectfully requests judgment by this Honorable Court against Defendant, SHAFFER, and dismissal of its Fourth Amended

Special Defense.

### FIFTH AFFIRMATIVE DEFENSE

**ANSWER:** Plaintiff denies each and every allegation contained in Defendant, Shaffer, Fifth Amended Special Defense. In further answering, Plaintiff, Kenneth Moore, denies that he misused the product or was negligent in any fashion or that any of his conduct or actions were contributing factors, in whole or in part, to his injuries.

WHEREFORE, Plaintiff, KENNETH MOORE, respectfully requests judgment by this Honorable Court against Defendant, SHAFFER, and dismissal of its Fifth Amended Special Defense.

### SIXTH AFFIRMATIVE DEFENSE

**ANSWER:** Plaintiff denies each and every allegation contained in Defendant, Shaffer, Sixth Amended Special Defense.

WHEREFORE, Plaintiff, KENNETH MOORE, respectfully requests judgment by this Honorable Court against Defendant, SHAFFER, and the dismissal of its Sixth Amended Special Defense.

### SEVENTH AFFIRMATIVE DEFENSE

**ANSWER:** Plaintiff denies each and every allegation contained in Defendant, Shaffer, Seventh Amended Special Defense. In further answering Plaintiff, Kenneth Moore, denies that he was negligent in any fashion or that he assumed any risk or that any of his conduct or actions were contributing factors, in whole or in part, to his injuries.

WHEREFORE, Plaintiff, KENNETH MOORE, respectfully requests judgment by this Honorable Court against Defendant, SHAFFER, and the dismissal of its Seventh Amended Special Defense.

### EIGHT AFFIRMATIVE DEFENSE

**ANSWER:** Plaintiff denies each and every allegation contained in Defendant, Shaffer, Eight Special Defense, including each and every paragraph and subparagraph which purports to allege a Special Defense or the bases thereof. In further answering, Plaintiff, Kenneth Moore, denies that he was negligent in any fashion or that any of his conduct or actions were contributing factors, in whole or in part, to his injuries.

WHEREFORE, Plaintiff, KENNETH MOORE, respectfully requests judgment by this Honorable Court against Defendant, SHAFFER, and dismissal of its Eight Special Defense.

Respectfully submitted,

By: *Beverly Spearman*
One of Plaintiff's Attorneys

James D. Montgomery
Beverly P. Spearman
Cochran, Cherry, Givens, Smith & Montgomery, LLC
One North LaSalle Street, Suite 2450
Chicago, Illinois 60602
(312) 977-0200
(312) 977-0209 fax
Firm ID No. 37432